MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CABN 240750)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    Email: michael.lamphier@us.army.mil

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR-11-00511 PSG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER REGARDING SENTENCING |
| vs. ) | FINE AMOUNTS. |
| ) | |
| ROBERT DONALD FLORES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On June 4, 2012, the parties in this case appeared before the Court and signed a plea agreement in which the defendant agreed to plead guilty to Counts One, Two, and Three of the original Information filed on July 28, 2011.  In accordance with the sentencing guidelines of Title 18 U.S.C. §§ 3553(a) and (b), the parties further agreed that the defendant would pay a fine amount of eight-hundred dollars ($800) concurrent to all three counts, and that Mandatory Special Assessment Fines would be paid in the following amounts: Count One - $10; Count Two - $10; and Count Three - $25.

SO STIPULATED:                                    MELINDA HAAG
                                                  United States Attorney


DATED:  June 14, 2012                                    /S/
                                                  AUTUMN R. PORTER
                                                  Special Assistant United States Attorney


DATED:  June 14, 2012                                    /S/
                                                  MANUEL ARAUJO
                                                  Counsel for the Defendant

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the facts stipulated to above are true and accurate, and the fine amount set forth in the plea agreement signed before the Court on June 4, 2012 shall be as follows: $800 fine concurrent to Counts One, Two and Three; and Mandatory Special Assessment Fines of: Count One - $10; Count Two - $10; and Count Three $25.

SO ORDERED.

DATED:"Lwpg"37."4234                              PAUL S. GREWAL
                                                  United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING FINE AMOUNTS
CASE NO: CR-11-00511 PSG